UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VERSUS | CRIMINAL ACTION |
| JEFFERY LEFLORE | NO. 05-240-C |

ORDER

Considering that the defendant, Jeffery Leflore, was sentenced on December 6, 2007, after the cocaine base guideline adjustment took effect, and that he received the benefit of the amendment at sentencing,

IT IS ORDERED that the Notice of Motion to Determine Potential Eligibility for Sentence Reduction under USSG § 1B1.10 is DENIED.

Baton Rouge, Louisiana, August  19 , 2008.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT